# ORIGINAL

FILED
U.S. DIST. COURT
AUGUSTA DIV

Dec 15  9 07 AM '97

CLERK
SO. DIST. OF GA.

## RECEIPT FOR EXHIBITS

Received of the Clerk's Office __Plaintiff__'s exhibits numbered ___see attached list___ in the case of ___Johnson___ v. ___Miller___, Case Number __CV194-08__.

This **10** day of **DEC**, 19**97**

_____
Attorney for Plaintiff

439